UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 23  P 3: 11

| | |
|---|---|
| LUIS FERNANDEZ, | : |
| Petitioner, | : PRISONER |
| v. | : Case No. 3:03CV62 (RNC) |
| HECTOR RODRIGUEZ, | : |
| Respondent. | : |

RULING AND ORDER

Petitioner, a Connecticut inmate serving a term of imprisonment for narcotics violations, has moved for an extension of time in connection with his desire to take an appeal from this court's ruling and order of September 18, 2003, denying his motion for a certificate of appealability (COA). The motion is denied.

Petitioner brought this action seeking a writ of habeas corpus. The action was dismissed because petitioner has failed to exhaust state remedies. His request for a COA was denied because failure to exhaust state remedies plainly bars a state inmate from seeking habeas relief in federal court.

Petitioner now wants to appeal the denial of his request for a COA directly to the Supreme Court of the United States. He cannot do so because such an appeal is not authorized by law. See Sup. Ct. Rule 18(1).

Petitioner should seek habeas relief in state court rather than engage in futile attempts to obtain federal habeas relief without first exhausting state habeas remedies. That said, if petitioner thinks he has a valid basis for appealing the

dismissal of this action, he must seek a certificate of appealability from the Court of Appeals pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure.

Accordingly, the motion for extension of time is hereby denied.

So ordered.

Dated at Hartford, Connecticut, this 23rd day of October 2003.

Robert N. Chatigny
United States District Judge